RECEIVED
DEC 23 2019
PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Julia Zabolotsky

Write the full name of each plaintiff.

19 CV 11832

(Include case number if one has been assigned)

-against-

Equifax
Experian
Trans Union
Macy's

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

FCRA
_____
_____
_____
_____

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
                              (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Julia_____ _____ __Zabolotsky_____
First Name              Middle Initial        Last Name

__421 8th ave #7328_____
Street Address

__New York_____ __NY_____ __10001_____
County, City                  State            Zip Code

__917 337 7212_____ _____
Telephone Number                  Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:  Equifax
First Name                Last Name
The Prentice Hall Corporation System Inc.
Current Job Title (or other identifying information)
80 State Street
Current Work Address (or other address where defendant may be served)
Albany      New York     12207
County, City        State        Zip Code

Defendant 2:  Transunion
First Name                Last Name
The Prentice Hall Corporation System Inc
Current Job Title (or other identifying information)
251 Little Falls Drive
Current Work Address (or other address where defendant may be served)
Wilmington     DE     19808
County, City        State        Zip Code

Defendant 3:  Experian Information Solutions Inc
First Name                Last Name
CT Corporation System
Current Job Title (or other identifying information)
28 Liberty St.
Current Work Address (or other address where defendant may be served)
New York     NY     10005
County, City        State        Zip Code

Defendant 4: __Macy's__
                  First Name         Last Name

__Corporate Office__
Current Job Title (or other identifying information)

__7 West 7th St__
Current Work Address (or other address where defendant may be served)

__Cincinnati__     __Ohio__     __45202__
County, City     State     Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: __I am in New York.__

Date(s) of occurrence: __ongoing__

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I recieved a denial letter to an apartment I was applying for. The report that the building ran showed that I was delinquent in paying my credit card bill from Macy's. This was shocking to me since I am always on top of my finances. I called Macy's and they told me it was an error and that they fixed it. I waited several months as they advised me to and the negative information was still there. I called them back and they said that there were issues with their system and that this time it is surely updated. They sent me a letter to confirm this each time. I waited as this letter advised to give time for the other Defendants to have time to fix it. They did not. I called them to let them know that they are reporting inaccurate information about me, and I was told that I needed to put it in writing. So I sent each of them a letter letting them know that Macy's cleared my name yet they are perpetuating negative remarks about me and that this information is impacting my credit score/history etc.

Page 5

Each one replied with a letter of investigation that they completed and did not remove the error. This willful o negligent conduct of each of them is their fault. After Spending hours on hours days on weeks o months of trying to fix this with no results I started to seek help from organizations such as Clarp, Nyag, and the bar association who advised me that what they are doing is wrong & illegal. That they are violating the FCRA and that I should persue this in court to get relief. As if this is not bad enough Equifax also breached my data. SMH! These companies need to be held responsible o accountable for their wrongdoings.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

To be determined under the law
Statutory
Compensatory
Monitery.
Garden Variety       Emotional Distress

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 12/19/19

Plaintiff's Signature: Julia Zabolotsky

First Name: Julia
Middle Initial:
Last Name: Zabolotsky

Street Address: 421 8th ave #7828

County, City: New York
State: NY
Zip Code: 10001

Telephone Number: 917 337 7212
Email Address (if available): lawsuit28@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**RECEIVED DEC 23 2019 PRO SE OFFICE**

JZ
421 8th ave #7828
ny ny 10001

Pro Se Federal
Office
Intake  40 Centre Street