```
USDC SDNY DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIA ZABOLOTSKY,

                Plaintiff,

    -against-

EXPERIAN,

                Defendant.

19-cv-11832 -GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On May 27, 2020, the Court scheduled a post-discovery status conference for December 9, 2020 at 4:00 p.m. Dkt. No. 34. The parties were directed to file a joint status letter with the Court by December 2, 2020. *Id.* As of the date of this order, the Court has not received the parties' joint letter. The parties are directed to submit the letter forthwith, and in no event later than December 7, 2020. The parties are directed to address the topics described in the Court's May 27, 2020 order. Dkt. No. 34.

SO ORDERED.

Dated:    December 3, 2020

                                                      _____
                                                        GREGORY H. WOODS
                                             United States District Judge