```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/20
```

**1:19-cv-11832-GHW**          **MEMORANDUM ENDORSED**

Your Honor Mr. Gregory H. Woods,

In regards to your order signed 12/9/20

entered 12/10/20 - I have been working on it constantly upon reciept of the filing. I have felt extremely overwhelmed as how to best handle this situation, utilizing language that will be conducive to my cause while fulfilling the requirements you set forth. After speaking with the court earlier today for clarity, I was made aware that I have the right/option to ask for an extension. This will help me better respond to your order. I am doing lots of research on the matter and some more time would be extremely helpful please. I am doing the best that I can Pro Se and am asking the court for an approval of an extension please. Thank you very much your honor.

Sincerely,

Julia Zabolotsky

421 8th ave #7828

New york ny 10001

917 337 7212


Application granted. The deadline for Plaintiff to file her motion to seal is extended to December 30, 2020. SO ORDERED.

Dated: December 22, 2020

_____
GREGORY H. WOODS
United States District Judge